United States District Court
Southern District of Texas
**ENTERED**
January 21, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PETER REED, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20-cv-3817 |
| AAA TEXAS LLC, *Defendant.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 4, 2022 (ECF 24) and the objections thereto (ECF 25), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this __21st__ day of January, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE